UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Levonia Colding, et al.
                                    Plaintiff,
v.                                                      Case No.: 1:07−cv−04066
                                                        Honorable Geraldine Soat Brown
East Lake Management, Inc.,, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 23, 2008:

    MINUTE entry before the Honorable Geraldine Soat Brown:A stipulation to dismiss has been filed. This case is dismissed with prejudice. The status hearing date of 01/08/09 is stricken. Terminate Case. Civil case terminated. Notice mailed by judge39;s staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.